# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KATRINA WATKINS and
AKILAH WATKINS                                                PLAINTIFFS

v.                          No. 3:18-cv-10-DPM

VELOCITY INVESTMENTS
LLC and ALLEN & WITHROW,
Law Office                                                    DEFENDANTS

## ORDER

**1.** The motions to proceed *in forma pauperis*, № 1 & № 2, are granted. Katrina has no money and no income; Akilah has little income, several bills, and student loan debt. Neither can afford the filing fee.

**2.** The Court must screen the complaint before ordering service. 28 U.S.C. § 1915(e)(2). The Watkinses, mother and daughter, have plausibly alleged a violation of the Fair Debt Collection Practices Act, and an abuse of process. Velocity, and its lawyers, they say, continued pursuing garnishment of exempt funds in a bank account after notice of the exemption.

**3.** The Clerk should prepare and deliver two summonses, along with copies of the complaint and this Order, to the U.S. Marshal

for service on Velocity Investments LLC and on Allen & Withrow without prepayment of fees and costs or security.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 February 2018