# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KATRINA WATKINS and
AKILAH WATKINS                                              PLAINTIFFS

v.                          No. 3:18-cv-10-DPM

VELOCITY INVESTMENTS
LLC and ALLEN & WITHROW,
Law Office                                                  DEFENDANTS

## ORDER

The motion to dismiss the amended complaint, № 19, is denied. The Watkinses have, for the reasons given in № 22, stated plausible claims. Their case's core is the continuation of the garnishment proceedings after evidence of exemption was provided. Actual injuries are alleged. The Court is somewhat skeptical about punitive damages, but we'll see what the proof shows about the intentions of Allen & Withrow and Velocity.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

17 April 2018