IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KATRINA WATKINS and
AKILAH WATKINS                                                PLAINTIFFS

v.                    No. 3:18-cv-10-DPM

VELOCITY INVESTMENTS
LLC and ALLEN & WITHROW,
Law Office                                                    DEFENDANTS

## ORDER

The parties have informally advised the Court that the settlement has been executed in full. The amended complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2018