# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KATRINA WATKINS and
AKILAH WATKINS                                              PLAINTIFFS

v.                          No. 3:18-cv-10-DPM

VELOCITY INVESTMENTS
LLC and ALLEN & WITHROW,
Law Office                                                  DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 August 2018